UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: | CHAPTER 13 |
| --- | --- |
| | CASE NO. 11-31802-HJB |
| Clarence Mitchell Reid | |
| Debtor | |

STIPULATION ON DEBTOR'S POST-PETITION DEFAULT OF MORTGAGE PAYMENTS TO WELLS FARGO BANK, N.A.

Now comes Wells Fargo Bank, N.A.. ("Lender") and Clarence Mitchell Reid ("Debtor") and stipulate as follows:

1. The total post-petition arrearage as of February 3, 2014 is $3,260.39. This consists of the following post-petition payments and charges:

| | | |
| --- | --- | --- |
| Payments: 10/2013 | 1 @ $744.63 | $ 744.63 |
| 11/13-2/14 | 4 @ $733.68 | $2,934.72 |
| Credit | | ($ 418.96) |
| | Total Amount Due | $3,260.39 |

2. Payments are due on the first of the month. The debtor shall remit to the Lender payments as set forth below:

Stipulation Payment Schedule

| Payment Due Date | Monthly Payment Amount* | Arrearage Amount | Total Monthly Payment |
| --- | --- | --- | --- |
| 3/1/2014 | $733.68 | $543.40 | $1.277.08 |
| 4/1/2014 | $733.68 | $543.40 | $1.277.08 |
| 5/1/2014 | $733.68 | $543.40 | $1.277.08 |
| 6/1/2014 | $733.68 | $543.40 | $1.277.08 |
| 7/1/2014 | $733.68 | $543.40 | $1.277.08 |

201009-2306      BKR

/Stipulation Agreement/Reid, Clarence / Reid, Avril

In Re: Clarence Mitchell Reid
Case No. 11-31802-HJB
CHAPTER 13

|  |  |  |  |
|---|---|---|---|
| 8/1/2014 | $733.68 | $543.39 | $1.277.07 |

*If the Debtor receives notice of a change to the regular monthly mortgage payment amount within the life of the stipulation, the Debtor shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change. All payments should be made payable to Wells Fargo Bank, N.A.. and sent to the following address:

> Wells Fargo Bank, NA
> Attn: Cash Management Manager
> 1 Home Campus
> MAC# X2302-04 FL04
> Des Moines, IA 50328

3.  Commencing September 1, 2014 , and monthly thereafter, the Debtor shall make the regular monthly post-petition payments subject to change pursuant to the terms of the Note and Mortgage.

4.  IF THE DEBTOR FAILS TO MAKE THE PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION ALLOWING FOR THE 15 DAY GRACE PERIOD, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON WELLS FARGO BANK, N.A. FILING A CERTIFICATE OF NON-COMPLIANCE ALONG WITH ITS MOTION FOR RELIEF FROM STAY AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND TO DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OF FACSIMILE. A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT. THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.

5.  The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this   6th      day of February, 2014

Wells Fargo Bank, N.A.
By Lender's attorney,

In Re: Clarence Mitchell Reid
Case No. 11-31802-HJB
CHAPTER 13

/s/ Deirdre M. Keady
Deirdre M. Keady, Esq.
BBO# 359020
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500
617-243-4049 (fax)
MABK@harmonlaw.com


Clarence Mitchell Reid
By his Attorney,


 /s/ Richard S. Ravosa
Richard S. Ravosa, Esquire for the Debtor
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760
617-892-4746
Fax: 508-655-7035
massachusettsbankruptcycenter@gmail.com

In Re: Clarence Mitchell Reid<br>
Case No. 11-31802-HJB<br>
CHAPTER 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| IN RE:<br><br>Clarence Mitchell Reid | CHAPTER 13<br>CASE NO. 11-31802-HJB |
|---|---|

### CERTIFICATE OF SERVICE

  I, Deirdre J. Keady, Esquire, state that on February 7, 2014, I electronically filed the foregoing Stipulation with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Richard S. Ravosa, Esquire for the Debtor
Charles A. Lovell, Esquire for Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
Anne Marie Maccarone, Esquire for Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

  I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

                /s/ Deirdre Keady
                Deirdre Keady, Esquire
                BBO# 359020

Clarence Mitchell Reid
37 Waldorf Street
Springfield, MA 01109


Avril E. Reid
47 Waldorf Street
Springfield, MA 01109