UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: | CHAPTER 13 |
| --- | --- |
| Clarence Mitchell Reid | CASE NO. 11-31802-HJB |

MOTION TO APPROVE STIPULATION

Now comes Wells Fargo Bank, N.A. ("Lender") and states that a stipulation was entered into by the Lender and the Debtor on February 7, 2014. Said stipulation has been filed herewith.

Lender respectfully requests that this Court Approve said stipulation.

Respectfully submitted,
Wells Fargo Bank, N.A
By its Attorney

/s/ Deirdre Keady
Deirdre Keady, Esquire
BBO# 359020
HARMON LAW OFFICES, P.C.
150 California Street
Newton Highlands, MA 02461-0389
617-558-0500
mabk@harmonlaw.com

Dated:  February 7, 2014

NOTICE

All objections to this Motion must be filed within fifteen (15) days of this date unless otherwise ordered by Court.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Clarence Mitchell Reid | CHAPTER 13<br>CASE NO. 11-31802-HJB |

CERTIFICATE OF SERVICE

     I, Deirdre Keady, Esquire, state that on February 7, 2014, I electronically filed the foregoing Motion to Approve with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Richard S. Ravosa, Esquire for the Debtor
Charles A. Lovell, Esquire for Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
Anne Marie Maccarone, Esquire for Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

     I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

                                            /s/ Deirdre Keady
                                            Deirdre Keady, Esquire
                                            BBO# 359020

Clarence Mitchell Reid
37 Waldorf Street
Springfield, MA 01109


Avril E. Reid
47 Waldorf Street
Springfield, MA 01109