0008-3C-EPIMXX-00074018-7699768

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

In re: CLARENCE MITCHELL REID                                    Case No.: 11-31802-HJB

Debtor(s)                                                                            Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   <u>WELLS FARGO HOME MORTGAGE</u>

Trustee Claim No.:   <u>001</u>

Last four (4) digits of any number used to identify the Debtor's account: <u>3326</u>

<u>Final Cure Amount:</u>

    Amount of Allowed Pre-Petition Arrearage:   <u>$24,344.61</u>

    Amount Paid by Trustee:                                    $24,344.61

<u>Monthly Ongoing Mortgage Payment is Paid:</u>

    ____ Through the Chapter 13 Trustee conduit          <u> X </u> Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  12/10/2014                                             Respectfully submitted:

                                                                      /s/ Denise M. Pappalardo
                                                                      Chapter 13 Trustee

# United States Bankruptcy Court
## DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

In Re: 

CLARENCE MITCHELL REID

CASE NO: 11-31802-HJB

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

RICHARD S. RAVOSA
MASSACHUSETTS BANKRUPTCY CENTER 1 SOUTH AVENUE, SUITE 1 NATICK, MA 01760-4600

CLARENCE MITCHELL REID
37 WALDORF STREET SPRINGFIELD, MA 01109

WELLS FARGO HOME MORTGAGE
BANKRUPTCY MAIL MAC X7801-014 3476 STATEVIEW BLVD. FORT MILL, SC 29715

Dated:  12/10/2014

/s/ Denise M. Pappalardo

Chapter 13 Trustee