0008-3C-EPIMXX-00074018-7699770

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

In re: CLARENCE MITCHELL REID                                                                                      Case No.: 11-31802-HJB

   Debtor(s)                                                                                                                                       Chapter 13 Bankruptcy

## **NOTICE OF FINAL CURE PAYMENT**

        Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:    WELLS FARGO BANK NA

Trustee Claim No.:    003

Last four (4) digits of any number used to identify the Debtor's account: 6812

Final Cure Amount:

        Amount of Allowed Pre-Petition Arrearage:    $1,931.44

        Amount Paid by Trustee:                                        $1,931.44

Monthly Ongoing Mortgage Payment is Paid:

        ____ Through the Chapter 13 Trustee conduit            _X_ Direct by the Debtor

        Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  12/10/2014                                            Respectfully submitted:

                                                                                  /s/ Denise M. Pappalardo                              
                                                                                 Chapter 13 Trustee

# United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

In Re:  
CLARENCE MITCHELL REID

CASE NO: 11-31802-HJB

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

RICHARD S. RAVOSA  
MASSACHUSETTS BANKRUPTCY CENTER 1 SOUTH AVENUE, SUITE 1 NATICK, MA 01760-4600

CLARENCE MITCHELL REID  
37 WALDORF STREET SPRINGFIELD, MA 01109

WELLS FARGO BANK NA  
4101 WISEMAN BOULEVARD T7416-023 SAN ANTONIO, TX 78251

Dated: 12/10/2014

/s/ Denise M. Pappalardo  
Chapter 13 Trustee